In the Matter of TOWN OF WALLKILL, Respondent, v CIVIL SERVICE EMPLOYEES ASSOCIATION, INC. (LOCAL 1000, AFSCME, AFL-CIO, TOWN OF WALLKILL POLICE DEPARTMENT UNIT, ORANGE COUNTY LOCAL 836), et al., Appellants.

Submitted March 19, 2012; decided March 27, 2012

Reported below, 84 AD3d 968.

Motion by New York State Law Enforcement Officers Union,

Council 82, AFSCME, AFL-CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.